UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT K. ANDREWS, | ) |
|             Plaintiff, | ) |
| vs. | )   1:05-cv-109-JDT-TAB |
| JAMES W. WURZ, | ) |
| J. KRAEZING, | ) |
|             Defendants. | ) |

**E N T R Y**

**I.**

The plaintiff's motion to file amended complaint is **granted.** The clerk shall **file and docket the tendered amended complaint.**

**II.**

The effects of the filing of the amended complaint are the following:

       1.     Defendants Wurz and Kraezing shall have through March 21, 2006, in which to file their answer or other responsive pleading to the amended complaint.

       2.     The time within which the plaintiff and defendants Wurz and Kraezing shall have to file any dispositive motion is extended through 60 days after newly added defendant Gerald Hilligoss appears in the action.

       3.     The clerk is designated to issue and serve process on newly added defendant Hilligoss in the manner specified by *Fed. R. Civ. P.* 4(d)(2). Process in this case shall consist of the amended complaint described in Part I of this Entry, applicable forms (1A and 1B), and this Entry.

**IT IS SO ORDERED.**

                                                                                                  John Daniel Tinder, Judge
                                                                                                  United States District Court

Date: 01/31/2006

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**

Copies to:

Robert K. Andrews
DOC # 974716
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN   46914

James W. Wurz
address under seal

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com

Officer Gerald Hilligoss
Indianapolis Police Department
200 East Washington Street, E211
Indianapolis, IN   46204